14

*delphia,* 342 Pa. 369, 21 A. 2d 228; *Dole v. Philadelphia,* 337 Pa. 375, 11 A. 2d 163; *Philadelphia v. Schaller,* 148 Pa. Superior Ct. 276, 25 A. 2d 406; *Philadelphia v. Cline,* 158 Pa. Superior Ct. 179, 44 A. 2d 610.

Order affirmed. Each party to pay his or its own costs.

## Rozell, Appellant, *v.* Principini.

Argued October 3, 1962. Before BELL, C. J., MUSMANNO, JONES, COHEN, EAGEN, O'BRIEN and KEIM, JJ.

*Robert Milford Keener,* with him *Sayers, King & Keener,* for appellant.

*John E. Baily,* with him *Thompson and Baily,* for appellees.

OPINION PER CURIAM, November 13, 1962:

Judgment affirmed on opinion of President Judge J. I. HOOK.

Lobalzo, Appellant, *v.* Varoli.

